Charles R. TURNER, Plaintiff—
Appellant,

v.

Stephen M. HERRICK, Director/Doctor/Acting Director; Doctor Decocci; Abernathy, Head Nurse/RN, Defendants–Appellees.

No. 11–7283.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 9, 2012.
Decided: Feb. 14, 2012.

Charles R. Turner, Appellant Pro Se. Rachel Joan Baer, Allyson Kurzmann Tysinger, Office of the Attorney General of Virginia, Richmond, Virginia; Rosalie Fessier, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia, for Appellees.

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles R. Turner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Herrick,* No. 1:10–cv–00871–CMH–JFA (E.D.Va. Aug. 3, 2011). We deny Turner's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*